# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY WASHINGTON, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-19-399-SLP ) |
| MIKE CARPENTER, Warden, | ) ) |
| Respondent. | ) |

## **ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Suzanne Mitchell entered July 30, 2019 [Doc. No. 18]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 18] is ADOPTED in its entirety and this matter is DISMISSED.

IT IS FURTHER ORDERED that pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, the Court must issue or deny a certificate of appealability (COA) when it enters a final order adverse to a petitioner. A COA may issue only upon "a substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003); *see also Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Upon consideration, the Court finds the requisite standard is not met in this case. Therefore, a COA is denied.

IT IS SO ORDERED this 4th day of September, 2019.

*Scott L. Palk*
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE